PROB 12C
(7/93)

Report Date: January 29, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 3 0 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roger Benson             Case Number: 2:06CR02073-003 and
                                                         2:08CR06069-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 3/15/2007
                           (2:06CR02073-003)
                           4/9/2009
                           (2:08CR06069-001)

Original Offense:   Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1),
                    (2:06CR02073-003); Escape From Custody, 18 U.S.C. § 751 (2:08CR06069-001)

Original Sentence:  Prison - 24 M; TSR - 36 M        Type of Supervision: Supervised Release
                    (2:06CR02073-003)
                    33 M; TSR - 36 M
                    (2:08CR06069-001)

Asst. U.S. Attorney:  Thomas J. Hanlon              Date Supervision Commenced: 5/1/2011

Defense Attorney:     Amanda Stevens                Date Supervision Expires: 4/24/2015

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition,
                        destructive device, or any other dangerous weapon.

                        **Supporting Evidence**: On or about January 19, 2013, Roger Benson was in possession of
                        a firearm.

                        On January 22, 2013, the undersigned officer received a Facebook photo which showed the
                        defendant holding what appears to be a semiautomatic firearm in his left hand, while posing
                        with several gang members. It should be noted that one of the other individuals in the photo
                        was posing with a revolver in his waistband. When questioned about the photo, the
                        defendant admitted to being in the photo, but denied the gun he was holding was real. He

2      stated the gun he was holding was a toy. When asked about producing the toy gun, he related he could not remember the address where the picture was taken, however, he admitted the photo was taken on or about January 19, 2013.

2      **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On or about January 19, 2013, Roger Benson associated with a convicted felon.

On January 22, 2013, the undersigned officer received a Facebook photo which shows the defendant holding what appears to be a semiautomatic firearm in his left hand while posing with several gang members. One of the individuals the defendant is posing with is a known gang member and convicted felon.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 29, 2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/30/13
Date