PROB 12C
(7/93)

Report Date: April 21, 2015

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 21 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roger Benson                    Case Number: 0980 2:06CR02073-LRS-3 and
                                                               0980 2:08CR06069-LRS-1

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 15, 2007
        (0980 2:06CR02073-LRS-3)
        April 9, 2009
        (0980 2:08CR06069-LRS-1)

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1), (0980 2:06CR02073-LRS-3); Escape From Custody, 18 U.S.C. § 751, (0980 2:08CR06069-LRS-1) |
| Original Sentence: | Prison - 24 M; TSR - 36 M (0980 2:06CR02073-LRS-3) 33 M; TSR - 36 M (0980 2:08CR06069-LRS-1) |

| | | | |
|---|---|---|---|
| | | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | May 23, 2013 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: | January 22, 2016 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on July 24, 2014.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Roger Benson submitted a urinalysis on April 6, 2015, which tested presumptive positive for cocaine. Test results were subsequently confirmed by Alere Laboratories. |

Prob12C
Re: Benson, Roger
April 21, 2015
Page 2

On April 13, 2015, Mr. Benson reported to the U.S. Probation Office and denied using any illegal substances but stated he may have come into contact with something which contained traces of cocaine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/21/2015

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

4/21/15
Date